## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Beverly Neal, <br><br> Plaintiff, <br><br> v. <br><br> National Credit Adjusters, LLC, <br><br> Defendant. | Civil Action No.: 1:15-cv-01005-CCE-JEP <br><br> **ENTRY OF DEFAULT** |

It appearing that the complaint was filed in this case on November 27, 2015; that the summons and complaint were duly served upon the defendant; and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, as provided in Rule 55(a), Federal Rules of Civil Procedure.

DATED: April 27, 2016  /s/ John S. Brubaker
Clerk, U.S. District Court