# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Beverly Neal,                  )
                                   )
            Plaintiff,    )
                                   )
           v.          )     1:15-CV-1005
                                   )
National Credit Adjusters, LLC,  )
                                 )
           Defendant.   )

## <u>ORDER AND JUDGMENT</u>

This matter is before the Court on the plaintiff's Motion for Default Judgment against the defendant National Credit Adjusters, LLC. (Doc. 8). The defendant National Credit Adjusters, LLC, has failed to respond to the complaint or to otherwise appear and defend against the plaintiff's claims.

Upon consideration of the plaintiff's complaint, the motion, and the submissions in support, the Court finds that it has jurisdiction over the defendant; that the plaintiff has established that the defendant National Credit Adjusters, LLC, has violated the Fair Debt Collection Practices Act and the North Carolina Fair Debt Collection Practices Act; and that the plaintiff is entitled to recover from the defendant National Credit Adjusters, LLC statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount of $4,000 pursuant to N.C. Gen. Stat. § 58-70-130(a); and actual damages in the amount of $2,000 pursuant to 15 U.S.C. § 1692k.

It is **ORDERED and ADJUDGED** that the motion for default judgment, (Doc. 8), is **GRANTED** and judgment is entered in favor of the plaintiff Beverly Neal and

against the defendant National Credit Adjusters, LLC, in the amount of $7000.00.  The

plaintiff shall file any motion for attorneys' fees no later than September 19, 2016.

This the 4th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE