IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Beverly Neal, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15-CV-1005 |
| ) | |
| National Credit Adjusters, LLC, ) | |
| ) | |
| Defendant ) | |

## **ORDER**

Upon consideration of the plaintiff's motion and the submissions in support, the Court finds that the requested attorney fees and costs are reasonable and appropriate. The Court grants the plaintiff's motion for attorney fees and costs, (Doc. 12), for a total of $4,245.00, and orders the defendant to pay the sum of $4,245.00 in fees and costs to counsel for the plaintiff.

**IT IS SO ORDERED.**

This the 26th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE